IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

V.                              CASE NO. 5:19-CR-50109

JAY THOMPSON                                                  DEFENDANT/PETITIONER

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 86) filed in this case on May 9, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Motion Under 28 U.S.C. § 2255 (Doc. 81) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 27th day of May, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE